Case 1:20-cv-03911-FB-RER Document 11 Filed 10/06/20 Page 1 of 2 PageID #: 129

UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Swale Nunez

                               Plaintiff,

       -against-

Delta Air Lines, Inc.

                               Defendant,
------------------------------------------------------------X

**CASE MANAGEMENT PLAN**

Docket Number: 1:20-cv-03911-FB-RER

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by _complete_

2. No additional parties may be joined after _60 days after party depositions_

3. No amendment of the pleadings will be permitted after ~~11-13-20~~ _60 days after party depositions_

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: _11-13-20_.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before _2-15-21_.
   (b) rebuttal expert witnesses on or before _3-15-21_.

6. All discovery, including depositions of experts, shall be completed on or before _4-13-21_ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

    ☐ Yes    ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by ☐ Plaintiff or ☐ Defendant (Check One).
   *** (The Court will schedule the conference listed above.)**

10. Status Conference will be held on _____.
    *** (The Court will schedule the conference listed above)**

11. A Final Pre-trial Conference will be held on _____.
    ***(The Court will schedule the conference listed above.)**

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

12-8-20

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

/s/ spe

CONSENTED TO:

NAME
Attorney for Plaintiff

ADDRESS 5 Columbus Circle, Suite 1501, NY NY 10019

E-mail: david@flightinjury.com

Tel.: 212-406-4232 x1044

Fax: 212-202-4440

NAME
Attorney for Defendant Delta Air Lines, Inc.

ADDRESS 90 Forest Ave, Locust Valley NY 11560

E-mail: scott@shearerpc.com

Tel.: 516-759-8500

Fax: 516-908-4302